Case 7:22-cv-00030   Document 17   Filed on 10/13/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 13, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| ROGELIO CASAS | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00030 |
| ALLSTATE INDEMNITY COMPANY | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, ROGELIO CASAS' claims asserted against Defendant, ALLSTATE INDEMNITY COMPANY and , with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED October 13, 2022, at McAllen, Texas.

Randy Crane
United States District Judge

APPROVED & ENTRY REQUESTED:

/s/
Francisco J. Garza
Attorney In Charge
Fed. I.D. No.: 20695
State Bar No.: 00793787
P.O. Box 1635
Weslaco, Texas
Tel: (956) 510-8533
Fax: (956) 686-7979

And

Fidel Luis Pena, III
505 Angelita Dr., Suite 15
Weslaco, Texas 78599
Tel: (956) 702-3939
Fax: (956) 686-7979

ATTORNEYS FOR PLAINTIFF


*/s/ Rosemary Conrad-Sandoval*
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax

ATTORNEYS FOR DEFENDANT